UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORHERN DIVISION
COVINGTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ) | CIVIL ACTION NO. 2:15-cv-29 | |
| Plaintiff, ) | HON. JUDGE DAVID L. BUNNING | |
| v. ) | HON. MAG. JUDGE J. GREGORY WEHRMAN | |
| $14,781.00 IN UNITED STATES ) CURRENCY ) | **EARL T. ASHFORD'S ANSWER AND AFFIRMATIVE DEFENSES TO VERIFIED COMPLAINT FOR FORFEITURE _IN REM_.** | |

Now comes, Earl T. Ashford (hereinafter "Defendant"), and files his Answer and Affirmative Defenses to the United States of America's (hereinafter "Plaintiff") Complaint in the above captioned matter as follows:

1. Defendant denies for want of knowledge the allegations set forth in paragraph 1 of Plaintiff's Complaint.

2. Defendant admits that portion of paragraph 2 of Plaintiff's Complaint that "The Defendant currency was seized from Earl T. Ashford," but denies for want of knowledge the remaining allegations of paragraph 2.

3. Defendant admits the allegations set forth in paragraph 3 of Plaintiff's Complaint.

4. Defendant admits the allegations set forth in paragraph 4 of Plaintiff's Complaint.

5. Defendant admits the allegations set forth in paragraph 5 of Plaintiff's Complaint.

6. Defendant denies the allegations set forth in paragraph 6 of Plaintiff's Complaint.

7. Defendant denies the allegations set forth in paragraph 7 of Plaintiff's Complaint and the attached, accompanying and incorporated Affidavit of Task Force Officer Richard C. Bernecker.

## AFFIRMATIVE DEFENSES

1. The Complaint fails to state a claim upon which relief can be granted.

2. The Defendant property sought to be seized by Plaintiff is not subject to forfeiture as it is in no way connected to any criminal activity.

3. Defendant reserves the right to assert any other affirmative defenses that may become available during the course of this action.

**WHEREFORE**, Defendant, Earl T. Ashford, respectfully prays this Honorable Court:

a) Dismiss, with prejudice, the claims brought by the United States Government in its entirety;

b) Find that there is no probable cause to believe that the Defendant property is subject to forfeiture under 21 U.S.C. §881(a)(6) and that it does not represent the proceeds and facilitation of violations under 21 U.S.C. 841(a)(1);

c) Not issue a warrant of arrest in rem directing the United States to arrest and seize the Defendant property and to retain the same in its custody subject to further order of the Court;

d) Deny the relief seeking the forfeiture of the Defendant property to the United States of America to be confirmed, enforced and ordered by this Honorable Court and further order that the United States of America be prohibited from disposing of the Defendant property;

e) Return the $14,781.00 to Defendant;

f) Grant Defendant his attorney's fees and costs herein and grant such other relief as this Honorable Court deems appropriate.

Respectfully submitted,

*/s/ Cornelius "Carl" Lewis*
Cornelius "Carl" Lewis (Ohio Sup. Ct. #0055700)
THE LEWIS LAW FIRM, INC. LPA
119 East Court Street
Cincinnati, OH 45202
513-632-9542/Office
513-721-5824/Fax
513-371-4520/Cell
TheLewisLawFirm@aol.com
Counsel for Claimant Earl T. Ashford

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the foregoing Answer and Affirmative Defenses was served on Kerry B. Harvey, Esq, United States Attorney and David Y. Olinger, Jr., Esq. Assistant United States Attorney via the CM/ECF system as well as email to [david.olinger@usdoj.gov](mailto:david.olinger@usdoj.gov) on the 13th.day of April 2015.

                                */s/ Cornelius "Carl" Lewis*
                                Cornelius "Carl" Lewis, Esq.